# EXHIBIT A

PLD-PI-001

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** STATE BAR NUMBER: 246637 NAME: Neil P. Berman FIRM NAME: RUCKA OBOYLE LOMBARDO & MCKENNA STREET ADDRESS: 245 W. Laurel Dr. CITY: SALINAS        STATE: CA    ZIP CODE: 93906 TELEPHONE NO.: 831-443-1051    FAX NO.: 831-443-6419 EMAIL ADDRESS: sergio@rolmlaw.com ATTORNEY FOR (name): Daniel Hart | | **FOR COURT USE ONLY** **Electronically FILED** by Superior Court of California, County of San Mateo ON **10/1/2024** By_____**/s/ Una Finau**_____ **Deputy Clerk** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Southern Branch: Hall of Justice and Records

PLAINTIFF: Daniel Hart

DEFENDANT: Werner Co.

[X] DOES 1 TO ____10____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED (Number):**
**Type** (check all that apply):
[ ] **MOTOR VEHICLE** [X] **OTHER** (specify): Products Liability
  [ ] **Property Damage** [ ] **Wrongful Death**
  [X] **Personal Injury** [ ] **Other Damages** (specify):

**Jurisdiction** (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)
  Amount demanded [ ] does not exceed $10,000
             [ ] exceeds $10,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
  [ ] **from limited to unlimited**
  [ ] **from unlimited to limited**

CASE NUMBER:

**24-CIV-06143**

1. **Plaintiff** (name or names): Daniel Hart

   alleges causes of action against **defendant** (name or names): Werner Co.; DOES 1-10

2. This pleading, including attachments and exhibits, consists of the following number of pages: Four
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE: Hart vs. Werner Co. | CASE NUMBER:<br>24-CIV-06143 |
| --- | --- |

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant *(name)*: Werner Co.
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers)*:       were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1-10       are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: Hart vs. Werner Co. | CASE NUMBER:<br>24-CIV-06143 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

   a. ☐ Motor Vehicle

   b. ☐ General Negligence

   c. ☐ Intentional Tort

   d. ☒ Products Liability

   e. ☐ Premises Liability

   f. ☐ Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*

   a. ☒ wage loss.

   b. ☐ loss of use of property.

   c. ☒ hospital and medical expenses.

   d. ☒ general damage.

   e. ☐ property damage.

   f. ☒ loss of earning capacity.

   g. ☒ other damage *(specify)*: Costs and prejudgment interest

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

   a. ☐ listed in Attachment 12.

   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. (1) ☒ compensatory damages.

   (2) ☐ punitive damages.

   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:

   (1) ☒ according to proof.

   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 10-1-24

Neil P. Berman
_____
(TYPE OR PRINT NAME)

▶ *Neil Berman*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(5)

| SHORT TITLE: Hart vs. Werner Co. | CASE NUMBER: |
|---|---|
| | 24-CIV-06143 |

_____First_____  **CAUSE OF ACTION—Products Liability**    Page 4_____
(number)

ATTACHMENT TO  [X] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*
Plaintiff *(name):* Daniel Hart

Prod. L-1. On or about *(date):* October 26, 2022            plaintiff was injured by the following product: Werner Co.
Ladder Model 356

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury
was being
  [X]  used in the manner intended by the defendants.
  [X]  used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not
       readily apparent. Adequate warnings of the danger were not given.
Prod. L-3. Plaintiff was a
  [ ]  purchaser of the product.              [X]  user of the product.
  [ ]  bystander to the use of the product.    [ ]  other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4.  [X]  **Count One—Strict liability** of the following defendants who
    a. [X]  manufactured or assembled the product *(names):* Werner Co.

            [X] Does _____1_____ to _____10_____
    b. [ ]  designed and manufactured component parts supplied to the manufacturer *(names):*

            [ ] Does _____ to _____
    c. [X]  sold the product to the public *(names):* Werner Co.

            [X] Does _____1_____ to _____10_____
Prod. L-5.  [X]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* Werner Co.

            [X] Does _____1_____ to _____10_____
Prod. L-6.  [ ]  **Count Three—Breach of warranty** by the following defendants *(names):*

            [ ] Does _____ to _____
    a. [ ]  who breached an implied warranty
    b. [ ]  who breached an express warranty which was
            [ ] written    [ ] oral
Prod. L-7.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
            [ ] listed in Attachment-Prod. L-7 [ ]  as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]      **CAUSE OF ACTION—Products Liability**      Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Werner Co.; DOES 1-10
**(AVISO AL DEMANDADO):**

**YOU ARE BEING SUED BY PLAINTIFF:** Daniel Hart
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**Electronically FILED**
by Superior Court of California, County of San Mateo
ON 10/1/2024
By /s/ Una Finau
**Deputy Clerk**

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
400 County Center
Redwood City, California 94063

| CASE NUMBER: |
|---|
| *(Número del Caso):* **24-CIV-06143** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Neil P. Berman
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
RUCKA OBOYLE LOMBARDO & MCKENNA
245 W. Laurel Dr., SALINAS, CA 93906                                          831-443-1051

DATE: 10/1/2024               Neal I. Taniguchi       Clerk, by    /s/ Unaloto Finau         , Deputy
*(Fecha)*                                             *(Secretario)*                          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* <br> Neil P. Berman    SBN: 246637 <br> RUCKA OBOYLE LOMBARDO & MCKENNA <br> 245 W. Laurel Dr., SALINAS, CA 93906 <br> TELEPHONE NO: 831-443-1051    FAX NO.: 831-443-6419 <br> EMAIL ADDRESS: sergio@rolmlaw.com <br> ATTORNEY FOR *(Name):* Daniel Hart | **FOR COURT USE ONLY** <br><br> **Electronically** <br> **FILED** <br> by Superior Court of California, County of San Mateo <br> ON    **10/1/2024** <br> By_____ **/s/ Una Finau**_____ <br> **Deputy Clerk** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Southern Branch: Hall of Justice and Records

CASE NAME: Daniel Hart vs. Werner Co.; DOES 1-10

| **CIVIL CASE COVER SHEET** <br> [X] **Unlimited** <br> (Amount demanded exceeds $35,000) | [ ] **Limited** <br> (Amount demanded is $35,000 or less) | **Complex Case Designation** <br> [ ] Counter    [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | CASE NUMBER: <br> **24-CIV-06143** <br><br> JUDGE: <br> DEPT.: |
|---|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* One
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 10-1-24

Neil P. Berman
_____
(TYPE OR PRINT NAME)

► *Neil Berman*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> *www.courts.ca.gov* |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

Westlaw Doc & Form Builder™

**RECEIVED**

10/3/2024

CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

Neil P. Berman, #246637
**RUCKA, O'BOYLE, LOMBARDO & McKENNA**
245 West Laurel Drive
Salinas, CA 93906
Telephone:    (831) 443-1051
Facsimile:    (831) 443-6419

Attorneys for Plaintiff,
**Daniel Hart**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN MATEO**

| | |
|---|---|
| Daniel Hart, | Case No.: 24-CIV-06143 |
| Plaintiff, | |
| vs. | **NOTICE OF JURY FEES DEPOSIT** |
| Werner Co.; DOES 1-10, | |
| Defendant(s). | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to CCP §631(b), Plaintiff, by and through his attorneys of record, hereby tender the statutory jury fee, in the amount of $150.00, prescribed as and for first day's deposit for trial by jury.

Dated: 10/3/2024                    RUCKA, O'BOYLE, LOMBARDO & McKENNA

By:  _____
                                        NEIL BERMAN
                                        Attorney for Plaintiff,
                                        **Daniel Hart**

Notice of Jury Fees Deposit                    - 1 -                    Daniel Hart vs. Werner Co.
                                                                        Case No.24-civ-06143



**SUPERIOR COURT OF SAN MATEO COUNTY**
Civil Division
400 County Center, 1st Floor, Room A
Redwood City, CA 94063
(650) 261-5100
www.sanmateo.courts.ca.gov

PETITIONER/PLAINTIFF:  **DANIEL HART**

RESPONDENT/DEFENDANT:  **WERNER CO.; DOES 1-10**

**NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL) AND
NOTICE OF CASE MANAGEMENT CONFERENCE**

FOR COURT USE ONLY

# FILED

SAN MATEO COUNTY

10/1/2024

**Clerk of the Superior Court**

/s/ Unaloto Finau

DEPUTY CLERK

CASE NUMBER:
**24-CIV-06143**

By order of the Presiding Judge pursuant to San Mateo County Superior Court Local Rule 3.200(a) the above entitled matter is assigned for all purposes to: **Judge Nancy L. Fineman** in **Department 4**.

**An Initial Case Management Conference is set before the Civil Commissioner
(and not with the assigned Judge), as follows:
DATE: 3/5/2025
TIME: 9:00 AM**

**LOCATION: 800 North Humboldt Street, San Mateo, CA 94401**

REMOTE APPEARANCES ARE STRONGLY ENCOURAGED.  Please visit our website for information on remote appearances and use the "Civil Commissioner" Credentials:
https://www.sanmateo.courts.ca.gov/divisions/civil/civil-department-judges/civil-commissioner

ZOOM HEARING CREDENTIALS – CIVIL COMMISSIONER

Direct Zoom Link to Courtroom H can be found on the Civil Commissioner's Webpage above.

**Dial in:**
Phone Number: +1 (669) 254-5252
Meeting ID: 161 510 6013
Password: 987732

CASE MANAGEMENT CONFERENCE INFORMATION

You are hereby given notice of your Initial Case Management Conference.  The date, time and department are noted above.

1. In accordance with applicable California Rules of the Court and Local Rules, you are hereby ordered to:
   a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 3.110(b); Local Rule 3.804).
   b) Serve a copy of this Notice, blank form of the Case Management Statement and ADR Information Package on all named parties in this action (Local Rule 3.804(a)). Documents are available online under the CIVIL CMC Packet section at: www.sanmateo.courts.ca.gov/civil
   c) File and serve a completed Case Management Statement at least 15 days before the Case Management Conference (CRC 3.725; Local Rule 3.805(c)).  Failure to do so may result in monetary sanctions or the

Rev. August 2024

continuance of the CMC.

   d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 days before the date set for the Case Management Conference (Local Rule 3.805(b)).

2. Parties may proceed to an Appropriate Dispute Resolution process ("ADR") by filing a *Stipulation and Order to ADR* (Local Form ADR-CV-1). File and serve the completed *Stipulation and Order to* ADR form at least 12 days prior to the Case Management Conference (Local Rule 3.805(f)). You may find this form and information regarding the Civil ADR Program online at www.sanmateo.courts.ca.gov/adr/civil/

For additional information, you may visit the Judicial officer's webpage at: www.sanmateo.courts.ca.gov/civiljudges

---

**ASSIGNED DEPARTMENT INFORMATION**

To schedule a Law and Motion Hearing, please see Local Rule 3.402, or visit the assigned Judicial Officer's webpage at: www.sanmateo.courts.ca.gov/civiljudges.

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
|---|---|---|
| Nancy L. Fineman | 650-261-5104 | Dept4@sanmateocourt.org |

For additional information, you may visit the Judicial officer's webpage at:
www.sanmateo.courts.ca.gov/civiljudges

---

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, ☐ by hand ☐ by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this Court  or  ☒ by placing a copy thereof in separate sealed envelopes addressed to the address shown by the records of this Court, and by then sealing said envelopes and depositing same, with postage fully pre-paid thereon, in the United States Mail at Redwood City, California.

Date:  10/1/2024

                          Neal I Taniguchi, Court Executive Officer/Clerk

         By:  /s/ Unaloto Finau
                    Unaloto Finau, Deputy Clerk

Notice being served on:

NEIL P BERMAN
RUCKA OBOYLE LOMBARDO & MCKENNA
245 WEST LUREL DRIVE
SALINAS, CA  93906

Rev. August 2024

Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
Carl J. Basile [State Bar No. 251267]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:  (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com
Email: cbasile@cunninghamswaim.com
Email: cvivanco@cunninghamswaim.com

Attorneys for Defendant,
WERNER CO.

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON          2/24/2025
By          /s/ Una Finau
              **Deputy Clerk**

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF SAN MATEO

| | |
|---|---|
| DANIEL HART, | ) Case No. 24-CIV-06143 |
| Plaintiff, | )<br>) **WERNER CO.'S ANSWER TO** |
| v. | ) **COMPLAINT; DEMAND FOR JURY**<br>) **TRIAL** |
| WERNER CO.; and DOES 1-10, | )<br>) Assigned to Dept. 4 |
| Defendants. | )<br>) Complaint Filed: October 1, 2024 |
| | ) Trial: None Set |

COMES NOW, defendant, WERNER CO. (herein "Defendant"), and severing itself from all other defendants and for itself alone, answers the Complaint of Plaintiff herein as follows:

This answering defendant denies generally and specifically all the allegations of the Complaint, and each cause of action and each and every part thereof, including a denial that Plaintiff has been or will be injured or damaged in the sum or sums alleged or to be alleged, or in any sums whatsoever.

1

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

**DEFENDANT'S AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

1.      Plaintiff's Complaint and the purported causes of action and each of them therein, considered separately or as a whole, fail to state a cause of action upon which relief may be granted against answering Defendant.

**SECOND AFFIRMATIVE DEFENSE**

2.      Plaintiff expressly and/or impliedly assumed the risks associated with the use of the product, and any recovery should be reduced or barred in accordance with the doctrines of express or implied assumption of the risk.

**THIRD AFFIRMATIVE DEFENSE**

3.      Plaintiff's alleged injuries and damages, if any, were proximately caused by the negligence, carelessness, and/or fault of Plaintiff and/or firms, persons, corporations, employers, co-employees, or entities other than Defendant, and that such negligence and/or other fault of Plaintiff and/or others bars or comparatively reduces the percentage of any negligence and/or other fault that may be attributed to Defendant.

**FOURTH AFFIRMATIVE DEFENSE**

4.      Defendant alleges that it did not make or breach any express or implied warranties to Plaintiff, and that implied warranties are barred as a matter of law.

**FIFTH AFFIRMATIVE DEFENSE**

5.      Any damage sustained by Plaintiff was the result of the misuse, abuse, alteration, and/or negligent inspection and maintenance of the ladder by Plaintiff; and Defendant alleges that such misuse, abuse, alteration, and/or failure to inspect and maintain the product or premises caused or contributed to Plaintiff's alleged injuries; and that such misuse, abuse, alteration, and/or improper maintenance either completely bars Plaintiff's recovery or comparatively reduces Defendant's liability.

**SIXTH AFFIRMATIVE DEFENSE**

6.      Plaintiff is barred from recovering some or all of the alleged damages he seeks by Plaintiff's Complaint by virtue of Plaintiff's failure to take reasonable, necessary,

appropriate, and feasible steps to mitigate his alleged damages. Among other things, Plaintiff failed to use reasonable diligence in caring for his injuries and employing reasonable means to prevent their aggravation or to accomplish their healing.

### SEVENTH AFFIRMATIVE DEFENSE

7. If, during the times alleged in the Complaint, Plaintiff was in the course and scope of his employment and his employer was insured for its liability as an employer under any applicable Workers' Compensation Act, under which insurance payments have been made or will be made to Plaintiff, Defendant is entitled to a reduction of any judgment or recovery ultimately had by Plaintiff by at least the amount of those payments made to Plaintiff on behalf of his employer pursuant to any applicable Workers' Compensation Act; and, if a compensation carrier has provided any benefits or payments to or for the benefit of Plaintiff, both the employer and the compensation carrier are barred from any recovery herein for and on account of any compensation or benefits made or paid to or for the benefit of the Plaintiff, and, in any event, this answering Defendant is entitled to a set-off or reduction of the damages recovered, if any, to the extent that Plaintiff has received any benefits from said carrier(s) (*Witt v. Jackson*); and Defendant is further entitled to a proportionate reduction and set-off of non-economic loss pursuant to California's Fair Responsibility Act of 1986 (Proposition 51), as codified in California Civil Code section 1431, *et seq*.

### EIGHTH AFFIRMATIVE DEFENSE

8. As a separate and affirmative defense, Defendant alleges that the provisions of California's Fair Responsibility Act of 1986 (Proposition 51), as codified in California Civil Code section 1431, *et seq*., are applicable to this litigation, and Defendant requests a determination by the Court regarding comparative fault and limitation of liability for non-economic damages based on a determination of comparative fault.

### NINTH AFFIRMATIVE DEFENSE

9. As a separate and affirmative defense, and to each and every cause of action contained therein, Defendant alleges that all or portions of Plaintiffs' claims are barred by

the equitable doctrines of unclean hands, waiver, estoppel, and/or laches.

## TENTH AFFIRMATIVE DEFENSE

10.    As a separate and affirmative defense, and to each and every cause of action contained therein, Defendant alleges that Plaintiffs' claims are barred by the applicable statute of limitations (CCP 335.1).

## ELEVENTH AFFIRMATIVE DEFENSE

11.    As a separate and affirmative defense, and to each and every cause of action contained therein, Defendant alleges that venue is improper and the Complaint has not alleged any facts to support the choice of venue.

## TWELFTH AFFIRMATIVE DEFENSE

12.    Defendant hereby gives notice that it intends to rely upon any additional affirmative defenses which become available or apparent during discovery and thus reserves the right to amend its Answer to assert additional defenses.

## PRAYER

WHEREFORE, Defendant, WERNER CO. prays for judgment as follows:

1.    That Plaintiff takes nothing by reason of his Complaint and that the Complaint be dismissed with prejudice;

2.    That Defendant be awarded costs of suit; and

3.    For such other and further relief as the Court deems just and proper.

Dated:  February 24, 2025                              CUNNINGHAM SWAIM, LLP


By:  */s/ Jonathan Hembree*
Michael J. Terhar
Jonathan E. Hembree
Carl J. Basile
Attorneys for Defendant,
WERNER CO.

4
ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

## **DEMAND FOR JURY TRIAL**

Defendant, WERNER CO. hereby demands a trial by jury.

Dated:  February 24, 2025                         CUNNINGHAM SWAIM, LLP


                                        By:  */s/ Jonathan Hembree*
                                             Michael J. Terhar
                                             Jonathan E. Hembree
                                             Carl J. Basile
                                             Attorneys for Defendant,
                                             WERNER CO.

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

**PROOF OF SERVICE**
*Daniel Hart v. Werner Co., et al.*
*Superior Court of California, County of San Mateo*
*Case No.: 24-CIV-06143*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 550, Pasadena, California 91101.

On February 24, 2025, I caused to be served the within document(s) described as:

**WERNER CO.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

on the interested parties in this action as stated below:

**SEE ATTACHED SERVICE LIST**

[X] **BY E-MAIL:** By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

[ ] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard Federal Express delivery procedures.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 24, 2025, at Pasadena, California.

|  |  |
|---|---|
| Cynthia Vivanco | */s/Cynthia Vivanco* |
| (Type or print name) | (Signature) |

PROOF OF SERVICE

156.0045

**<u>SERVICE LIST</u>**
*Daniel Hart v. Werner Co., et al.*
*Superior Court of California, County of San Mateo*
*Case No.: 24-CIV-06143*

Neil P. Berman
RUCKA, O'BOYLE, LOMBARDO &
MCKENNA
245 West Laurel Drive
Salinas, CA 93906
Tel: (831) 443-1051
Emails: nberman@rolmlaw.com
sergio@rolmlaw.com

Attorneys for Plaintiff,
DANIEL HART

PROOF OF SERVICE

156.0042

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SAN MATEO**

| 400 County Center | 800 North Humboldt Street |
|---|---|
| Redwood City, CA 94063 | San Mateo, CA 94401 |

<table>
<tr>
<td>

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE,**
**AS THE ACTION IS NOT YET "AT ISSUE"**

In the Matter of: **Daniel Hart  vs.  Werner Co., et al**



Case Number: **24-CIV-06143**

</td>
<td>

**FILED**

SAN MATEO COUNTY

2/19/2025

**Clerk of the Superior Court**

By  ___/s/ Mayra Saldana___
    Deputy Clerk

</td>
</tr>
</table>

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

THE COURT FINDS as follows:

An initial Case Management Conference was previously ordered and scheduled for 03/05/2025 in this action.

Pursuant to Rule 3.722(d) of the California Rules of Court, based upon the Court's review of the filed Case Management Statement(s) and the docket of this action, the Court determines that appearances at the Conference are not necessary at this time, as this action is not yet "at issue"; and determines that the Case Management Conference should be continued.

Pursuant to CRC Rule 3.110(b), a plaintiff is required to serve the Summons and Complaint upon all named defendants and file proofs of service of process upon all of those defendants within 60 days after the filing of the Complaint.

- Plaintiff has failed to file proofs of service of the Summons and Complaint upon all Defendants.

IT IS HEREBY ORDERED as follows:

1.   As this action is not yet "at issue", the initial Case Management Conference is CONTINUED to **7/10/2025 at 9:00 AM** in the Department of the Case Management Judicial Officer, located at Courtroom G, 800 North Humboldt Street, San Mateo, CA 94401.

2.   No later than 30 days prior to the date of this initial Case Management Conference, the parties must meet and confer, in person or by telephone, to consider each of the issues identified in CRC Rule 3.721 and Rule 3.727.

3.   **Pursuant to CRC Rule 3.725, no later than 15 days prior to the date of this initial Case Management Conference, each party must file and serve a new Case Management Statement, individually or jointly, using the Judicial Council mandatory form CM-110.**   However, it would facilitate the issuance of a case management order without an appearance at the Case Management Conference if you would file and serve your Case Management twenty-five (25) days before the Case Management Conference.

4.    After all parties have made a formal appearance in this action, the parties may directly proceed to an Appropriate Dispute Resolution ("ADR") process by filing a Stipulation to ADR and Proposed Order (Local Form ADR-CV-1).  If all parties file a completed Stipulation to ADR and Proposed Order at least twelve (12) calendar days prior to the date of this initial Case Management Conference, the Case Management Conference will be vacated (i.e., taken off the Court's calendar), and this action will be referred to the ADR Director.

5.    Pursuant to Local Rule 3.805(h) and CRC Rule 2.30, the Court is empowered to impose monetary sanctions of a minimum of $150.00 upon any party or their counsel for failure to follow the requirements of this Order, or of the California Rules of Court, or of the Code of Civil Procedure.  If you fail to follow the requirements of this Order, you will be subject to an order to show cause as to why monetary sanctions of $150.00, or some other amount, should not be imposed against you.

6.    PLAINTIFF(S) must serve this Order on all parties **not** listed on the Court's proof of service within five (5) days of the date of this Order.

DATED: 2/19/2025

Judge Leland Davis, III
Case Management Judicial Officer



**SUPERIOR COURT OF SAN MATEO COUNTY**
400 County Center, Redwood City, CA 94063
(650) 261-5100
www.sanmateo.courts.ca.gov

## AFFIDAVIT OF SERVICE

Date: 2/19/2025

In the Matter of: **Daniel Hart  vs.  Werner Co., et al**
Case Number: **24-CIV-06143**

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this court, or, if a physical mailing address is present below, by placing the document(s) in an envelope for collection and mailing, following the Court's ordinary business practices for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Executed on: 2/19/2025                Chad L Peace, Court Executive Officer/Clerk

                                By:   /s/ Mayra Saldana
                                      Mayra Saldana, Deputy Clerk

**Copies served to:**

NEIL P BERMAN
SERGIO@ROLMLAW.COM

RA-010

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>NAME: Jonathan Hembree<br>FIRM NAME: CUNNINGHAM SWAIM, LLP<br>STREET ADDRESS: 2 North Lake Avenue, Suite 550<br>CITY: Pasadena    STATE: CA    ZIP CODE: 91101<br>TELEPHONE NO.: (626) 765-3000    FAX NO.: (626) 765-3030<br>EMAIL ADDRESS: jhembree@cunninghamswaim.com<br>ATTORNEY FOR (name): Defendant, WERNER CO. | STATE BAR NUMBER: 274051 | **Electronically FILED**<br>by Superior Court of California, County of San Mateo<br>ON 2/26/2025<br>By /s/ Una Finau<br>**Deputy Clerk** |

STATE BAR NUMBER: 274051

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City 94063
BRANCH NAME: Southern Branch

PLAINTIFF/PETITIONER: DANIEL HART

DEFENDANT/RESPONDENT: WERNER CO., et al.

OTHER CASE NAME:

| NOTICE OF REMOTE APPEARANCE | CASE NUMBER:<br>24-CIV-06143 |
|---|---|

You must use this form to tell the court you intend to appear remotely in a civil case, unless the court's website describes an online process for giving notice. You may also use it to give the required notice to all other parties in the case. (Do not use this form in a juvenile dependency proceeding.)

Check the court's website for information about how to appear remotely, including the departments and types of cases or proceedings that allow remote appearances and ways to appear remotely in their departments for such appearances.

See page 3 of this form for more information, including deadlines for giving notice and for opposing a remote appearance if this notice is for an evidentiary hearing or trial.

**A person appearing remotely should conduct themselves as though appearing in court in person.**

1. The person who intends to appear remotely is (check and complete all that apply):

   ☐ Plaintiff/Petitioner (name):

   ☐ Attorney for Plaintiff/Petitioner (name):

   ☐ Defendant/Respondent (name):

   ☒ Attorney for Defendant/Respondent (name): Defendant, WERNER CO.

   ☐ Other (name and role in case):

2. The person or persons in 1 intends to appear remotely (check one):

   a. ☒ Throughout the case.

   b. ☐ At the proceeding described below, including on any later dates if the proceeding is continued (describe):

       Type of proceeding:

       Set on (date):    at (time):    in (department):

       Before (name of judicial officer, if known):

3. The person intends to appear by (check court's website for method that may be used):

   ☒ Videoconference    ☒ Audio only (including telephone)

4. ☐ For evidentiary hearing or trial only (where testimony may be given): the party requests the following additional aspects of the proceeding be conducted remotely(describe what the party wants to be done remotely and why; attach form MC-25 if more space is needed):

**Page 1 of 3**

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>RA-010 [New January 1, 2022] | **NOTICE OF REMOTE APPEARANCE** | Code of Civil Procedure, § 367.75;<br>Cal. Rules of Court, rule 3.672<br>*www.courts.ca.gov* |

**RA-010**

| | |
|---|---|
| PLAINTIFF: DANIEL HART<br>DEFENDANT: WERNER CO., et al. | CASE NUMBER:<br>24-CIV-06143 |

5. [x] I agree to keep the proceeding confidential to the same extent as would be required if I were appearing in person.

Date: February 26, 2025

Jonathan Hembree
_____
(TYPE OR PRINT NAME)

▶  /s/Jonathan Hembree
_____
(SIGNATURE)

## Notice to Other Parties

Anyone intending to appear remotely must provide notice to all other parties by the deadlines stated in Cal. Rules of Court, rule 3.672, and described on the next page. Notice may be provided orally, electronically, or by giving the other parties this form in a way to ensure it is received by the applicable deadline. The party must tell the court this was done either by filing a proof of service (this may be done on forms POS-040 or POS-050 for electronic service) or by completing and signing the declaration below.

## Declaration of Notice

I gave notice that I intend to appear remotely to the other parties or persons entitled to receive notice in this case as stated below.
*Complete one item below for each person notice was given to, and enter one of the following options for* "Method of notice" *in c.*
- **Mail**: By mailing them a copy of this form (write the mailing address in d.)
- **Overnight delivery**: By having a copy of this form delivered overnight (write the delivery address in d.)
- **Electronic notice:** By e-mail or text message (write the e-mail or phone number in d.)
- **Phone**: By telling them over the telephone or leaving them voice mail (write the phone number in d.), or
- **In person**: By giving them a copy of this form in person, or by telling them orally in person (write the address in d.)

1. [x] Plaintiff/Petitioner
   a. Name: Neil Berman, Esq.
   b. Date of notice: February 26, 2025
   c. Method of notice: Electronic notice by email
   d. Address (mailing, in-person, or email) or phone number: nberman@rolmlaw.com, sergio@rolmlaw.com

2. [ ] Attorney for:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

3. [ ] Defendant/Respondent
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

4. [ ] Attorney for:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) phone number:

5. [ ] Other *(specify):*
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

6. [ ] Attorney for:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

7. [ ] Other *(specify):*
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

7. [ ] Other *(specify):*
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

[ ] If more people were given notice, check here, attach form MC-025, titled as Attachment Notice, and add the information about how and when notice was given to each person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 26, 2025

Cynthia Vivanco
_____
(TYPE OR PRINT NAME)

▶  /s/Cynthia Vivanco
_____
(SIGNATURE)

RA-010 [New January 1, 2022]

**NOTICE OF REMOTE APPEARANCE**

Page 2 of 3
[page 3 need not be filed]

RA-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: 89491 | |
|---|---|---|
| NAME: Michael Terhar | | |

FIRM NAME: CUNNINGHAM SWAIM, LLP

STREET ADDRESS: 2 North Lake Avenue, Suite 550

CITY: Pasadena          STATE: CA          ZIP CODE: 91101

TELEPHONE NO.: (626) 765-3000          FAX NO.: (626) 765-3030

EMAIL ADDRESS: mterhar@cunninghamswaim.com

ATTORNEY FOR (name): Defendant, WERNER CO.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN MATEO**

STREET ADDRESS: 400 County Center

MAILING ADDRESS: 400 County Center

CITY AND ZIP CODE: Redwood City 94063

BRANCH NAME: Southern Branch

PLAINTIFF/PETITIONER: DANIEL HART

DEFENDANT/RESPONDENT: WERNER CO., et al.

OTHER CASE NAME:

**Electronically FILED**
by Superior Court of California, County of San Mateo
ON     2/26/2025
By     /s/ Una Finau
       Deputy Clerk

| **NOTICE OF REMOTE APPEARANCE** | CASE NUMBER: 24-CIV-06143 |
|---|---|

You must use this form to tell the court you intend to appear remotely in a civil case, unless the court's website describes an online process for giving notice. You may also use it to give the required notice to all other parties in the case. (Do not use this form in a juvenile dependency proceeding.)

Check the court's website for information about how to appear remotely, including the departments and types of cases or proceedings that allow remote appearances and ways to appear remotely in their departments for such appearances.

See page 3 of this form for more information, including deadlines for giving notice and for opposing a remote appearance if this notice is for an evidentiary hearing or trial.

**A person appearing remotely should conduct themselves as though appearing in court in person.**

1. The person who intends to appear remotely is *(check and complete all that apply)*:

    [  ] Plaintiff/Petitioner *(name):*

    [  ] Attorney for Plaintiff/Petitioner *(name):*

    [  ] Defendant/Respondent *(name):*

    [x] Attorney for Defendant/Respondent *(name):*  Defendant, WERNER CO.

    [  ] Other *(name and role in case):*

2. The person or persons in 1 intends to appear remotely *(check one):*

    a.  [x]  Throughout the case.

    b.  [  ]  At the proceeding described below, including on any later dates if the proceeding is continued *(describe):*

    Type of proceeding:

    Set on *(date):*                    at *(time):*                    in *(department):*

    Before *(name of judicial officer, if known):*

3. The person intends to appear by *(check court's website for method that may be used):*

    [x]  Videoconference     [x]  Audio only (including telephone)

4. [  ]  For evidentiary hearing or trial only (where testimony may be given): the party requests the following additional aspects of the proceeding be conducted remotely *(describe what the party wants to be done remotely and why; attach form MC-25 if more space is needed):*

---

**Page 1 of 3**

Form Adopted for Mandatory Use
Judicial Council of California
RA-010 [New January 1, 2022]

**NOTICE OF REMOTE APPEARANCE**

Code of Civil Procedure, § 367.75;
Cal. Rules of Court, rule 3.672
*www.courts.ca.gov*

**RA-010**

| | |
|---|---|
| PLAINTIFF:  DANIEL HART<br><br>DEFENDANT:  WERNER CO., et al. | CASE NUMBER:<br>24-CIV-06143 |

5.  ☒  I agree to keep the proceeding confidential to the same extent as would be required if I were appearing in person.

Date:  February 26, 2025

Michael Terhar
(TYPE OR PRINT NAME)

▶  /s/Michael Terhar
(SIGNATURE)

### Notice to Other Parties

Anyone intending to appear remotely must provide notice to all other parties by the deadlines stated in Cal. Rules of Court, rule 3.672, and described on the next page. Notice may be provided orally, electronically, or by giving the other parties this form in a way to ensure it is received by the applicable deadline. The party must tell the court this was done either by filing a proof of service (this may be done on forms POS-040 or POS-050 for electronic service) or by completing and signing the declaration below.

### Declaration of Notice

I gave notice that I intend to appear remotely to the other parties or persons entitled to receive notice in this case as stated below.
*Complete one item below for each person notice was given to, and enter one of the following options for* "Method of notice" *in c.*
- **Mail**: By mailing them a copy of this form (write the mailing address in d.)
- **Overnight delivery**: By having a copy of this form delivered overnight (write the delivery address in d.)
- **Electronic notice:** By e-mail or text message (write the e-mail or phone number in d.)
- **Phone**: By telling them over the telephone or leaving them voice mail (write the phone number in d.), or
- **In person**: By giving them a copy of this form in person, or by telling them orally in person (write the address in d.)

1.  ☒  Plaintiff/Petitioner
   a.  Name: Neil Berman, Esq.
   b.  Date of notice: February 26, 2025
   c.  Method of notice: Electronic notice by email
   d.  Address (mailing, in-person, or email) or phone number:
       nberman@rolmlaw.com, sergio@rolmlaw.com

2.  ☐  Attorney for:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

3.  ☐  Defendant/Respondent
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

4.  ☐  Attorney for:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) phone number:

5.  ☐  Other (specify):
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

6.  ☐  Attorney for:
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

7.  ☐  Other (specify):
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

7.  ☐  Other (specify):
   a.  Name:
   b.  Date of notice:
   c.  Method of notice:
   d.  Address (mailing, in-person, or email) or phone number:

☐  If more people were given notice, check here, attach form MC-025, titled as Attachment Notice, and add the information about how and when notice was given to each person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  February 26, 2025

Cynthia Vivanco
(TYPE OR PRINT NAME)

▶  /s/Cynthia Vivanco
(SIGNATURE)

RA-010 [New January 1, 2022]

**NOTICE OF REMOTE APPEARANCE**

Page 2 of 3
[page 3 need not be filed]

Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
Carl J. Basile [State Bar No. 251267]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:  (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com
Email: cbasile@cunninghamswaim.com
Email: cvivanco@cunninghamswaim.com

Attorneys for Defendant,
WERNER CO.

Electronically
**RECEIVED**
2/26/2025
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN MATEO

| | |
|---|---|
| DANIEL HART, | Case No. 24-CIV-06143 |
| Plaintiff, | **NOTICE OF POSTING JURY FEES** |
| v. | Assigned to Dept. 4 |
| WERNER CO.; and DOES 1-10, | Complaint Filed: October 1, 2024 |
| Defendants. | Trial: None Set |

TO: The above court, the clerk thereof, and all concerned parties:

Defendant, WERNER CO. hereby posts its jury fee in the amount of $150.00 pursuant to C.C.P. § 631(b), for the above referenced matter.

Dated:  February 26, 2025          CUNNINGHAM SWAIM, LLP

By:  /s/ Jonathan Hembree
Michael J. Terhar
Jonathan E. Hembree
Carl J. Basile
Attorneys for Defendant,
WERNER CO.

1
NOTICE OF POSTING JURY FEES

**PROOF OF SERVICE**
*Daniel Hart v. Werner Co., et al.*
*Superior Court of California, County of San Mateo*
*Case No.: 24-CIV-06143*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 550, Pasadena, California 91101.

On February 26, 2025, I caused to be served the within document(s) described as:

**NOTICE OF POSTING JURY FEES**

on the interested parties in this action as stated below:

**SEE ATTACHED SERVICE LIST**

[X] **BY E-MAIL:** By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

[ ] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard Federal Express delivery procedures.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2025, at Pasadena, California.

| | |
|---|---|
| Cynthia Vivanco | /s/Cynthia Vivanco |
| (Type or print name) | (Signature) |

PROOF OF SERVICE

156.0045

**SERVICE LIST**
*Daniel Hart v. Werner Co., et al.*
*Superior Court of California, County of San Mateo*
*Case No.: 24-CIV-06143*

Neil P. Berman                          Attorneys for Plaintiff,
RUCKA, O'BOYLE, LOMBARDO &              DANIEL HART
MCKENNA
245 West Laurel Drive
Salinas, CA 93906
Tel: (831) 443-1051
Emails: nberman@rolmlaw.com
sergio@rolmlaw.com

2
PROOF OF SERVICE

156.0042